# THE WEITZ LAW FIRM, P.A.



Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 13, 2020

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, NY 10007-1312

SO ORDERED

The March 18, 2020 initial conference is adjourned to July 22, 2020 at 9:30 a.m.

/s/ George B. Daniels

     **Re:**    Parenteau v. Russell Cellular, Inc., et al.
            Case 1:19-cv-08661-GBD

Dear Judge Daniels:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Status Conference in this matter was scheduled for March 18, 2020, at 9:45 a.m., in Your Honor's Courtroom. Plaintiff's counsel who is Florida based, had requested a telephonic hearing due to the current COVID-19 pandemic and related travel issues. However, the Court requests that this Conference be adjourned. All parties have confirmed their availability to attend the rescheduled July 22, 2020 date for the Conference.

    Status of this matter is as follows. A preliminary settlement discussion was initiated in this matter. Discovery is ongoing with some extensions consented for discovery response. A Mediation date has not been set or coordinated at present in this case.

    The Court may wish to note that this is the undersigned's first request to adjourn the Status Conference in this matter, per Court request. Thank you for your kind considerations.

                    Sincerely,

                    By:  /S/ B. Bradley Weitz
                         B. Bradley Weitz, Esq. (BW 9365)
                         THE WEITZ LAW FIRM, P.A.
                         18305 Biscayne Blvd., Suite 214
                         Aventura, Florida 33160
                         Tel.: (305) 949-7777
                         Fax: (305) 704-3877
                         Email: bbw@weitzfirm.com