UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH PARENTEAU,

                              Plaintiff,

          -against-

RUSSELL CELLULAR, INC. et al.,

                            Defendants.

------------------------------------- x

ORDER

19 Civ. 8661 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for a 30 day stay of all deadlines and/or any conference in this matter is granted. A status conference is scheduled for September 23, 2020 at 9:45 am.

Dated: New York, New York
       April 27, 2020

SO ORDERED.

*(signature)*

GEORGE B. DANIELS
United States District Judge