# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 21, 2020

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 0 1 20

SO-ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 0 1 2020

Re: **Parenteau v. Russell Cellular, Inc., et al.**
**Case 1:19-cv-08661-GBD**

Dear Judge Daniels:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has adversely affected the business in this matter, it continues to be very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all discovery deadlines in this matter. The undersigned has conferred with opposing counsel who consents to this request.

The Court may wish to note that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel.: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com