**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JOSEPH PARENTEAU,

                                  Plaintiff,

      -against-

RUSSELL CELLULAR, INC. et al.,

                                Defendants.

------------------------------------- x

ORDER

19 Civ. 8661 (GBD)

*[Stamp: DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 14 2020]*

GEORGE B. DANIELS, United States District Judge:

      The conference is adjourned from September 23, 2020 to December 16, 2020 at 9:45 am.

Dated: New York, New York
       September 14, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge