UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH PARENTEAU,

                    Plaintiff,

    -against-

RUSSELL CELLULAR, INC. et al.,

                    Defendants.

------------------------------------- x

<u>ORDER</u>

19 Civ. 8661 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

    The conferences scheduled for December 16, 2020 and January 20, 2021 are canceled.

Dated: New York, New York
       September 21, 2020

SEP 2 1 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge